NO. 07-09-0175-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

AUGUST 6, 2009
_____

IN THE MATTER OF THE MARRIAGE OF
LAWRENCE PHILLIP MARTINELLI AND BRIGITTE CURTIS
AND IN THE INTEREST OF A.W.M., T.P.M., A.M.M.
AND P.L.M., CHILDREN
_____

FROM THE 99TH DISTRICT COURT OF LUBBOCK COUNTY;

NO. 208-544,288; HONORABLE WILLIAM C. SOWDER, JUDGE
_____

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

**ON MOTION TO DISMISS**

Pending before the Court is a motion of appellant Brigitte Curtis indicating she desires to dismiss her appeal pursuant to Rule 42.1 of the Texas Rules of Appellate Procedure. The motion contains a certificate of conference showing other parties do not oppose dismissal. No decision of the Court having been delivered to date in the appeal and the motion complying with the requirements of Rule 42.1(a), we grant the motion. The appeal is dismissed.

Because we have disposed of this appeal at the appellant's request, we will not entertain a motion for rehearing and our mandate shall issue forthwith.


James T. Campbell
Justice

2